

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
EUROPEAN & TRANSATLANTIC CHARTERING APS

          Plaintiff,

- against -

WEST COAST LINE LTD. a/k/a WCL LIMITED,
(Owner of the M/V LUBAVA),

          Defendant.
----------------------------------------------------------X

08 CV 0865

08 CV _____

ECF CASE



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 23, 2008
      New York, NY

                    The Plaintiff,
                    EUROPEAN & TRANSATLANTIC CHARTERING APS

                    By: _____
                    Patrick F. Lennon
                    Nancy R. Peterson
                    LENNON, MURPHY & LENNON, LLC
                    The Gray Bar Building
                    420 Lexington Ave., Suite 300
                    New York, NY 10170
                    (212) 490-6050
                    facsimile (212) 490-6070
                    pfl@lenmur.com
                    nrp@lenmur.com