UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUROPEAN & TRANSATLANTIC CHARTERING APS,

                Plaintiff,

- against -

WEST COAST LINE LTD. a/k/a WCL LIMITED,
(Owner of the M/V LUBAVA),

                Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

08 Civ. 00865 (MGC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: March 18, 2008
       Southport, CT

                              The Plaintiff,
                              EUROPEAN & TRANSATLANTIC
                              CHARTERING APS

                              By: _____
                              Nancy R. Peterson (NP 2871)
                              LENNON, MURPHY & LENNON, LLC
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              Phone (212) 490-6050
                              Fax (212) 490-6070
                              nrp@lenmur.com

*So ordered,*
_____
March 19, 2008